FILED
NOV 05 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK EDWARD HILL,

Plaintiff,

v.

DON PONNER, et al.,

Defendants.

Case No. 18-05268 EJD (PR)

**ORDER OF DISMISSAL**

On August 28, 2018, Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) Plaintiff also filed a declaration in support of a motion for leave to proceed In Forma Pauperis ("IFP"). (Docket No. 2.) On the same day, the Clerk sent Plaintiff a notice indicating that the IFP motion was deficient because it was not on the proper form, and did not include a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement. (Docket No. 3.) Plaintiff was advised that his failure to file the necessary supporting documents within twenty-eight days of the notice would result in the action being dismissed and the file closed. (Id.) Plaintiff filed a motion requesting a 30 days extension of time to file a complete IFP motion, which the Court granted on September 25, 2018. (Docket Nos. 6 and 10.)

The deadline of October 25, 2018, has passed and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/5/18

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.18\05268Hill_dism.docx